STEWART L. ORDEN
ATTORNEY AT LAW
2 OVERHILL ROAD SUITE 400
SCARSDALE, NEW YORK 10583
Tel.  (914) 393-9450
Fax. (914) 472-1111
stewartorden@stewartorden.com

October 24, 2018

William H. Pauley, III
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:**     <u>United States</u> v. <u>Adrian Brooks</u>, 17 Cr. 607 (WHP)

Dear Judge Pauley,

I must be in St. Louis next week for a family matter of some urgency and respectfully request that Mr. Brook's sentence be adjourned until late November or early December. The government consents to this request.

Respectfully,

Stewart L. Orden

All parties

BY ECF